UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL FILE NO.: 01-1748 PAM/JGL

Samuel Williams

Plaintiff,

vs.

Hardees Restaurant,

Defendant.

STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT OF DISMISSAL

## STIPULATION

The above-entitled action and all its claims, including all direct and indirect claims, made or to be made, having been compromised and settled by and between the parties, it is now hereby stipulated and agreed by and between the parties, through their respective counsel, that the same may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party and, further, that any party hereto may apply to the court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: ______________

Sonte A. Revis
Attorneys for Plaintiff
2101 Pine Street
Philadelphia, PA 19103
(215) 772-1101



FILED 7-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-9-02
DEPUTY CLERK ______

Dated: 2/6/02

Timothy W. Waldeck (#11375X)
WALDECK & LIND, P.A.
Attorneys for Defendant
730 TCF Tower
121 South Eighth Street
Minneapolis, MN 55402
(612) 375-1550

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, it is hereby ordered that the clerk of this court shall enter forthwith judgment dismissing the above-entitled action and all its claims, including all direct and indirect claims, made or to be made, with prejudice, on the merits and without costs and disbursements to any party.

Dated this 9th day of July, 2002.

BY THE COURT:

Paul A. Magnuson
Senior Judge U.S. District Court